IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:03CR00083 JMM

MICHAEL W. WARNER

## ORDER

Pending is defendant's request for a transcript of his January 21, 2004 sentencing hearing. Defendant states that he wants the government to provide him with a copy of this transcript because he wants to make a "correction to the plea agreement sentencing minutes" and because he is indigent.

On August 3, 2005, the Court of Appeals for the Eighth Circuit affirmed defendant's conviction and sentence based upon his guilty plea to robbery. Defendant did not appeal that decision to the Supreme Court resulting in his sentence being final.

Defendant's motion is denied (#138) as he has failed to provide the Court with a valid reason why the government should provide him with a copy of the transcript which cannot be changed.

IT IS SO ORDERED this 23 day of July, 2008.

James M. Moody
United States District Judge